**EXHIBIT 1**

**Kristine Emanuel Sørensen**

| | |
|---|---|
| **Fra:** | n.siakavaras@artebunkering.com |
| **Sendt:** | 10. februar 2021 12:30 |
| **Til:** | dry@bostomar.com |
| **Cc:** | singapore@artebunkering.com; accounting@artebunkering.com; n.siakavaras@artebunkering.com |
| **Emne:** | Confirmation:RefNo:REF20210200000176-NIKOMARIN |
| **Prioritet:** | Høj |


arte bunkering
IN MASTERLY FASHION

To : Bostomar Shipping Pte Ltd  Order Date: 10-Feb-2021
Attn : Finance / Bill To  PHS00000557

**BUNKER ORDER CONFIRMATION**

We hereby confirm the following order.

Vessel : NIKOMARIN (IMO : 9401506)

Port : Singapore

1

**ETA**           : 16-Feb-2021 to 20-Feb-2021

**Agent**         :

**Seller**        : Arte Bunkering OU

**Buyer's Account** : NIKOMARIN master and/or owners and/or charterers and/or managers and/or operators and/or Bostomar Shipping Pte Ltd

**Credit terms**  : 30 day(s) After Delivery Date

| Product Name | Standard | Quantity | Price |
|---|---|---|---|
| RMG380 MAX SULFUR 0.1% | ISO8217: 2010 | 800 - 1000 MT | 510.000 USD / MT |

**Additional comments:**

**Remarks:**

The delivery is subject to weather conditions.

In the event that payment is not received by the Seller by the due date the Seller is entitled to interests at the rate of 3 (three) percent per month pro rata compounded without prejudice to any other rights or remedies available to the Seller. The Seller shall also be entitled to charge a delayed payment administration fee of USD 1.50 per metric ton supplied with a minimum administration fee of USD 500.00, reference is made to Arte Bunkering's general terms and conditions chapter 5 regarding payment and especially clause 5.7.

The sale contemplated herein are and will remain to be subject to Arte Bunkering's general terms and conditions of sale, which are known to you and are accessible on this direct link http://artebunkering.com/terms_and_conditions/. Special reference is made to the general terms and conditions provisions with respect to choice of law (clause 18.1), arbitration (clause 18.2) and limitation of liability (chapter 12).

We thank you for this order.

Best Regards,

Nikos Siakavaras
Mobile Phone :+65 8938 1555