# **EXHIBIT 3**

ANOSIS MARITIME SA
TECH 2018.01

Glyfada 06.02.18

**Circular: TECH 2018.01**

**Subject: Bunkering Operation – Letters of Protest**

**TO: ALL VESSELS**

Dear Chief Engineer,

As is already well known, bunkering is a challenging operation associated among other things with involvement and, in cases, conflicting interests of multiple parties, namely Bunker Suppliers, Charterers, Owners, and so on.

In order to best secure Owners' interests, and to avoid possibly complex situations from evolving following a bunkering operation, issuance of a Letter of Protest may in certain cases be required. Attached you may find two (2) Sample Letters of Protest, concerning below most common cases which usually arise during bunkering:

- The Bunker Barge Cargo Officer refuses to place "Charterers' Account" Stamp on the BDN.
- The Bunker Barge Cargo Officer refuses to either record the Seal Numbers of vessel's seals, or to record the seal number of vessel's "Laboratory Sample" on the BDN.

Please arrange to familiarize with, and to keep aforementioned Letters of Protest handy during future bunkering operations. In case required, and depending on the issue that has arisen, fill in appropriately and hand same over to all parties concerned.

**Wishing you always calm seas**
**Tech. Manager**

                    _____ [1]

                    _____ [2]

MV _____ [3]

IMO No.: _____ [4]

## LETTER OF PROTEST

To Whom It May Concern

This is to acknowledge that the Bunker Barge MT _____ [5], IMO No. _____[6] refused to accept placement of below "CHARTERERS' ACCOUNT" Stamp on the BDN:

> "THE GOODS AND/OR SERVICES BEING HEREBY ACKNOWLEDGED, RECEIVED FOR, AND/OR ORDERED ARE BEING ACCEPTED AND/OR ORDERED SOLELY FOR THE ACCOUNT OF THE CHARTERERS OF THE M/V ……………………………………..[7] AND ARE NOT FOR THE ACCOUNT OF SAID VESSEL OR HER OWNERS. ACCORDINGLY, NO LIEN OR OTHER CLAIM AGAINST SAID VESSEL CAN ARISE THEREOF"

_____ [8]          _____ [10]

Chief Engineer of MV _____ [9]     Supplier's Representative /

                                                                               Cargo Officer of MT _____ [11]

_____ [12]

Bunker Surveyor

---

[1] Date (dd-mm-year)
[2] Port
[3] Vessel's Name
[4] Vessel's IMO No.
[5] Bunker Barge Name
[6] Bunker Barge IMO No.
[7] Vessel's Name
[8] Name of Vessel's C/E and Vessel's Stamp
[9] Vessel's Name
[10] Name of Supplier's Representative
[11] Bunker Barge Name
[12] Name of Bunker Surveyor (in case attending)

           _____ [1]

           _____ [2]

MV _____ [3]

IMO No.: _____ [4]

**LETTER OF PROTEST**

To Whom It May Concern

This is to acknowledge that the Bunker Barge MT _____[5], IMO No. _____[6], refused to record on the BDN (please mark as applicable):

☐ Below seal numbers of vessel's seals (used to counter-seal the collected samples):

Sample No.1: _____[7]   Sample No.2: _____

Sample No.3: _____   Sample No.4: _____

☐ The seal number of vessels "laboratory sample": _____[8]

_____[9]             _____[11]

Chief Engineer of MV             Supplier's Representative /

_____[10]             Cargo Officer of MT _____[12]

_____[13]

Bunker Surveyor

[1] Date (dd-mm-year)
[2] Port
[3] Vessel's Name
[4] Vessel's IMO No.
[5] Bunker Barge Name
[6] Bunker Barge IMO No.
[7] Seal No.
[8] Seal No.
[9] Name of Vessel's C/E and Vessel's Stamp
[10] Vessel's Name
[11] Name of Supplier's Representative
[12] Bunker Barge Name
[13] Name of Bunker Surveyor (in case attending)