**EXHIBIT 5**



# CONSORT BUNKERS PTE LTD

3 CHURCH STREET #15-01 SAMSUNG HUB SINGAPORE 049483    TEL: 6344 3008    FAX: 6344 5745
COMPANY REG. NO. 198802125N  GST REG. NO. M2-0083594-8
BUNKER SUPPLIER'S LICENSE NO: 91025

## BUNKER DELIVERY NOTE        BDN No. A 20548

Bunker Metering Ticket No. : 744

| Field | Value | Field | Value |
|---|---|---|---|
| Port | SINGAPORE | Date | 16.02.2021 |
| Delivery Location | AECB | Vessel's Name | NIKOMARIN |
| Bunker Tanker's Name | HAI SOON 33 | Vessel's IMO No. | 9101306 |
| SB No. | 3333A | Gross Tonnage | 1358 |
| Alongside Vessel | 16.02.2021 1900 (Date/Time) | Owner/Operator | MASTER/OWNERS |
| Commenced Pumping | 16.02.2021 1931 (Date/Time) | ETD | N.A |
| Completed Pumping | 16.02.2021 (Date/Time) | Next Port | INDIA |

### PRODUCT SUPPLIED

| Product Name | VLSFO | Flash Point °C (ISO 2719) | 100 |
|---|---|---|---|
| Viscosity at 40°C or 50°C (mm²/s) (ISO 3104) | 55.66 | Sulphur Content % m/m (ISO 14596 or ISO 8754) | 0.48 |
| COQ* density at 15°C (kg/m³) (ISO 3675 or ISO 12185) | 0.9533 | Metric Tons Delivered | 918.446 |
| Water Content % V/V (ISO 3733) | 0.40 | | |

### SUPPLIER'S DECLARATION

Declaration that bunker fuel supplied conforms with MARPOL Annex VI
We declare that the bunker fuel supplied conforms with Regulation 18.3 of this Annex and that the sulphur content of the fuel oil supplied does not exceed:
Please mark (x) in the applicable box(es) below.
☐ the limit value given by Regulation 14.1 of this Annex;
☐ the limit value given by Regulation 14.4 of this Annex; or
☐ the purchaser's specified limit value of _____ (% m/m), as completed by the fuel oil supplier's representative and on the basis of the purchaser's notification that the fuel oil is intended to be used:
1. in combination with an equivalent means of compliance in accordance with Regulation 4 of this Annex; or
2. is subject to a relevant exemption for a ship to conduct trials for sulphur oxides emission reduction and control technology research in accordance with Regulation 3.2 of this Annex.

For **CONSORT BUNKERS PTE LTD**
Company's Name and Stamp

Signature of Cargo Officer
WONG JEE WIN
Full Name in Block Letters

Bunker Tanker's Stamp (HAI SOON 33 IMO 9668340 SB 3333A)

REMARKS _____

Was a Note of Protest issued?    Yes / No

### MASTER'S/ CHIEF ENGINEER'S ACKNOWLEDGEMENT

We acknowledge receipt of the above product and confirm its intended use and that the following samples were jointly taken by the continuous drip sampler at the vessel's manifold, sealed and numbered:

| | Seal No. | Counter Seal No. (if any) |
|---|---|---|
| Vessel: | 093306 / 093307 | 1838114 / 1838113 |
| | (MARPOL) | |
| Bunker Tanker: | 093308 | 1921611 |
| Surveyor: | 093309 | N.A |
| Other (LAB): | 093310 | 1921612 |
| | (To specify) | (To specify) |

Was a copy of SDS received?    **Yes** / No

### CUSTOMER FEEDBACK

The following rating is satisfaction level of the bunkering operation (Please Circle);

1    2    3    **4**    5
Very Unsatisfied            Very Satisfied

Acknowledged by

Signature of Master/ Chief Engineer/ Date and Time
ARNOLD M. BA____

(Stamp: MV NIKOMARIN LIMASSOL / A)

Full Name in Block Letters

Vessel's Stamp

*The COQ (Certificate of Quality) Density stated above is for fuel specification only and not for transfer quantity determination.