**EXHIBIT 6**

16 FEB 2024

SINGAPORE ANCH

MV __NIKOMARIN__

IMO No.: __9401506__

**LETTER OF PROTEST**

To Whom It May Concern

This is to acknowledge that the Bunker Barge MT __HAISOON 33__, IMO No. _____ refused to accept placement of below "CHARTERERS' ACCOUNT" Stamp on the BDN:

> "THE GOODS AND/OR SERVICES BEING HEREBY ACKNOWLEDGED, RECEIVED FOR, AND/OR ORDERED ARE BEING ACCEPTED AND/OR ORDERED SOLELY FOR THE ACCOUNT OF THE CHARTERERS OF THE M/V __NIKOMARIN__ AND ARE NOT FOR THE ACCOUNT OF SAID VESSEL OR HER OWNERS. ACCORDINGLY, NO LIEN OR OTHER CLAIM AGAINST SAID VESSEL CAN ARISE THEREOF"

__ARNOLD PARAK__                                    __Refused to signed__

Chief Engineer of MV __NIKOMARIN__                Supplier's Representative /
                                                   Cargo Officer of MT __HAISOON 33__

_____
Bunker Surveyor