**EXHIBIT 8**



# ARTE BUNKERING OU

**11760725**
**Roosikrantsi 11**
**Swiss House 10119 Tallinn, Estonia**
Tel: +372 609 6329   Fax: +372 655 9665

---

NIKOMARIN master and/or owners/charterers/managers/operators
**Bostomar Shipping Pte Ltd**
105 Cecil Street, #13-29 The Octagon
SINGAPORE
SINGAPORE

| | |
|---|---|
| **Date** | : 16 Feb 2021 |
| Invoice No | : INCB00000518 |
| Due Date | : 18 Mar 2021 |
| Customer ID | : 2620 |
| Contract Reference | : PHS00000557 |
| Your Reference | : |

## Invoice

As per agreement, we have supplied the following under your account:

| | | | | |
|---|---|---|---|---|
| **Vessel** | : NIKOMARIN | **IMO/ENI** | : 9401506 | |
| **Delivery Port** | : SINGAPORE | **Delivery Date** | : 16 Feb 2021 | |
| **Payment Terms** | : 30DD | **Payment before** | : 18 Mar 2021 | |

| Product | Quantity | Units | Price | Sum | Cur |
|---|---|---|---|---|---|
| RMG380 max sulfur 0.1% | 978.4460 | MT | 510.0000 | 499,007.46 | USD |
| | | | NET | 499,007.46 | USD |
| | | | VAT | 0.00 | USD |
| | | | **Total** | **499,007.46** | USD |

**Payment conditions:  30 day(s) from date of delivery**

Please transfer the above amount without any bank charges including the correspondent bank services to our financial operator. Interests will be charged in case of late payment. Penalty rate is 3% of the amount per month. Moment of payment is accepted the date of entry of financial assets into account of receiver.

**Payment Instructions**

| | |
|---|---|
| **Beneficiary bank** | :ALFA BANK MOSCOW, Kalanchevskaya 27, 107078, Moscow, Russia |
| **Beneficiary name** | :ARTE BUNKERING OU |
| **Acc. No** | :40807840532170000004 |
| **SWIFT** | :ALFARUMM |
| **Correspondent Bank** | :CITIBANK N.A. (Cor. Acc. No: 36310481) |
| **Cor. Bank SWIFT** | :CITIUS33 |